FILED

04/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0127

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0127

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHRISTOPHER ROBIN LEDEAU,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 24, 2024, within which to prepare, serve, and file the State's response brief.

CL

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 22 2024